```
                          3RD DISTRICT COURT
                      SALT LAKE COUNTY, STATE OF UTAH


              LEANNA CLAXTON vs. ALLSTATE FIRE AND CASUALTY INS
 CASE NUMBER 200900656 Contracts
```

CURRENT ASSIGNED JUDGE
    MATTHEW BATES

PARTIES
    Plaintiff - LEANNA CLAXTON
    Represented by: DAVID HEAD

    Defendant - ALLSTATE FIRE AND CASUALTY INS


ACCOUNT SUMMARY
```
              Total Revenue Amount Due:        360.00
                           Amount Paid:        360.00
                         Amount Credit:          0.00
                               Balance:          0.00
         REVENUE DETAIL - TYPE: COMPLAINT - NO AMT S
                    Original Amount Due:       360.00
                    Amended Amount Due:        360.00
                           Amount Paid:        360.00
                         Amount Credit:          0.00
                               Balance:          0.00
```

CASE NOTE


PROCEEDINGS
```
01-23-2020  Filed: Complaint
01-23-2020  Case filed by efiler
01-23-2020  Fee Account created Total Due: 360.00
01-23-2020  Fee Account created
01-23-2020  COMPLAINT - NO AMT S   360.00
01-23-2020  Judge MATTHEW BATES assigned.
01-23-2020  Filed: Return of Electronic Notification
02-27-2020  Filed: Notice of Filing of Notice of Removal of Action to
            United States District Court (with Exhibit A)
02-27-2020  Filed: Return of Electronic Notification
```