IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LEANNA CLAXTON,<br><br>     Plaintiff,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>     Defendant. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:20-cv-00132-RJS<br><br>Chief Judge Robert J. Shelby |

Upon stipulation and motion of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the above-entitled action be, and the same is hereby, dismissed with prejudice and upon the merits, each party to bear its own costs.

MADE AND ENTERED this 9th day of April, 2020.

BY THE COURT:

_____
THE HONORABLE ROBERT J. SHELBY
UNITED STATES DISTRICT COURT